

## PLAN ADDENDUM

Debtor's spouse is not included in the definition of Borrower in the Deeds of Trust to Bank of America or Citimortgage. Further, Debtor's spouse does not fall into the category of Borrower or co-signer under Covenant 13 of either Deed of Trust.

As such, the debtor's spouse did not properly join in the conveyance as required under NCGS 39-13.6, and both mortgage holders are to be treated in the plan as general unsecured creditors. *See* Beckhart v. Nationwide Trustee Services, Inc., Trustee (In re Beckhart), Ch. 11 Case No. 09-07452-8-RDD, Adv. No. 09-00263-8-RDD, 2010 WL 1416807 at *5, (E.D.N.C., Apr. 2 2010).