IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| In Re: | : | CHAPTER 13 |
| --- | --- | --- |
| | : | |
| JESSE CHARLES LAY, | : | CASE NO. 10-80953-WLS |
| | : | |
| | : | JUDGE: WILLIAM L. STOCKS |
| | : | |
| Debtor. | : | |

## CREDITOR'S RESPONSE TO TRUSTEE'S MOTION TO DISALLOW CLAIM

**COMES NOW, Bank of America, N.A., its Successors and/or Assigns, by and through its servicing agent, BAC Home Loans Servicing, L.P.,** Creditor/Respondent herein, and files this Response to the Trustee's Objection to its secured Claim:

Respondent hereby opposes the Objection, and shows that all amounts listed on its Proof of Claim are proper and allowable under the provisions of the United States Bankruptcy Code.

WHEREFORE, Respondent respectfully prays that its Claim be fully allowed, and that the Objection to Claim be dismissed.

Respectfully submitted, this 24th day of November, 2010.

Respectfully submitted,

/S/ Angel R. Gordon
**Angel R. Gordon**, Bar Number 24996
Attorney for Creditor
Johnson & Freedman, LLC
1587 Northeast Expressway
Atlanta, GA 30329
(770) 234-9181, ext. 8888
ARGordon@jflegal.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| | : | |
| JESSE CHARLES LAY, | : | CASE NO. 10-80953WLS |
| | : | |
| | : | JUDGE WILLIAM L. STOCKS |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and exact copy of the attached RESPONSE has been served by United States mail, postage prepaid, or electronically, through the Court's Electronic Filing System to all parties indicated on the electronic filing receipt, to the following parties on the 24th day of November, 2010:

Jesse Charles Lay
500 Guy Walker Way
Durham, NC 27703

Linda Williams-Lay
500 Guy Walker Way
Durham, NC 27703

John T. Orcutt
Suite 203
6616 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
302 East Pettigrew St., Suite B-140
P. O. Box 3613
Durham, NC 27702-3613

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/S/ Angel R. Gordon
**Angel R. Gordon**, Bar Number 24996
Attorney for Creditor
Johnson & Freedman, LLC
1587 Northeast Expressway
Atlanta, GA 30329
(770) 234-9181, ext. 8888
ARGordon@jflegal.com