C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-10-80953 C-13D |
| Jesse C. Lay | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DENYING MOTION TO DISALLOW CLAIM

On December 20, 2010, a hearing was held on the Standing Trustee's Motion to Disallow Claim of Bank of America. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtor, and Richard M. Hutson II, Standing Trustee appeared. The Court, after considering the Motion and having heard and considered the statements of the counsel and the Trustee, finds that the Motion should be denied in accordance with the terms of this Order; therefore, it is

ORDERED that the Trustee's Motion to Disallow Claim of Bank of America is denied without prejudice and the claim is subject to the right of the Debtor or other interested party to object to the claim as untimely filed.

# PARTIES IN INTEREST
## Page 1 of 1
## 10-80953 C-13D

Jesse C. Lay
500 Guy Walker Way
Durham, NC  27703

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Angel R. Gordon, Esq.
1587 Northeast Expressway
Atlanta, GA  30329