# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

In Re: Jesse Charles Lay )
)
)
) No. B-10-80953 C13D
)
Debtor(s) )

## ORDER

    This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtor, to allowing Oliphant Financial, LLC an unsecured claim in the amount of $2,121.45 and requiring Oliphant Financial, LLC to cancel its judgment upon completion of the Debtor's Chapter 13 Plan and discharge pursuant to 11 U.S.C. §1328 and there being no filed objection to the Motion within the time period set forth in the Notice issued on January 20, 2011 by the Clerk of Court setting February 22, 2011 as the deadline for filing objections to the Motion, and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is

    ORDERED that allowing Oliphant Financial, LLC an unsecured claim in the amount of $2,121.45 and requiring Oliphant Financial, LLC to cancel its judgment upon completion of the Debtor's Chapter 13 Plan and discharge pursuant to 11 U.S.C. §1328.

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-10-80953 C13D**

Jesse Charles Lay
500 Guy Walker Way
Durham, NC 27703

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702

Oliphant Financial, LLC
% Clontz & Clontz, PLLZ
225 South McDowell Street
Charlotte, NC 28204