C-13-15(a) Motion
(Rev 10/06)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Jesse Charles Lay | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| | ) | |
| | ) | No. B-10-80953 C13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On October 19, 2010, the Debtor's Plan was confirmed. Bank of America has filed a claim in the amount of $283,653.46 secured by the Debtor's real property located at 500 Guy Walker Way, Durham, NC ("the real property"). Bank of America asserts ongoing monthly mortgage payments of $1,825.65 and arrearage through December of 2010 in the amount of $30,567.32.

The Standing Trustee respectfully recommends to the Court that an Order be entered as follows: 1) Bank of America shall be allowed a long-term continuing debt payable through the Trustee's office at the rate of $1,825.65 effective January of 2011; and 2) Bank of America shall be allowed a secured claim for arrearage through December of 2010 in the amount of $30,567.32 payable in equal monthly installments of $510.00.


Date: May 27, 2011                                                                      s/Richard M. Hutson, II
      ltp                                                                                   Standing Trustee

--------------------------------------------------------------------------------------------------------------------------

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before June 27, 2011, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on July 14, 2011, at 11:00 a.m., at the following location:

*Courtroom,*
*Venable Center*
*Dibrell Building, Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date: May 27, 2011                                                                         OFFICE OF THE CLERK
                                                                                                  U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-10-80953 C13D**

Jesse C. Lay
500 Guy Walker Way
Durham, NC 27703

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702

BAC Home Loans Servicing
Mail Stop: TX2-982-03-03
7105 Corporate Drive
Plano, TX 75024

Angel R. Gordon, Esq.
1587 Northeast Expressway
Atlanta, GA 30329