UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re: Jesse Charles Lay ) **Motion and Notice**
) **Chapter 13**
)
) No. B-10-80953 C13D
)
Debtor(s) )

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On October 19, 2010, the Debtor's Plan was confirmed. CitiMortgage has filed a claim in the amount of $156,780.23 secured by the Debtor's real property located at 2508 Dakota Street, Durham, NC ("the real property"). CitiMortgage asserts ongoing monthly mortgage payments of $1,183.64 and arrearage through December of 2010 in the amount of $29,020.76.

The Standing Trustee respectfully recommends to the Court that an Order be entered as follows: 1) CitiMortgage shall be allowed a long-term continuing debt payable through the Trustee's office at the rate of $1,183.64 effective January of 2011; and 2) CitiMortgage shall be allowed a secured claim for arrearage through December of 2010 in the amount of $29,020.76 payable in equal monthly installments of $485.00.


Date: May 27, 2011                                             s/Richard M. Hutson, II
        ltp                                                              Standing Trustee

---

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before June 27, 2011, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on July 14, 2011, at 11:00 a.m., at the following location:

*Courtroom,*
*Venable Center*
*Dibrell Building, Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date: May 27, 2011                                             OFFICE OF THE CLERK
                                                                        U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-10-80953 C13D**

Jesse C. Lay
500 Guy Walker Way
Durham, NC 27703

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702

Citimortgage, Inc.
Post Office Box 6941
The Lakes, NV 88901

Matthew T. McKee, Esq.
2550 Wet Tyvola Road, Suite 520
Charlotte, NC 28217