```
                       United States Bankruptcy Court
                       Middle District of North Carolina
```

In re:                                                          Case No. 10-80953-wls
Jesse Charles Lay                                               Chapter 13
     Debtor
## CERTIFICATE OF NOTICE

District/off: 0418-1          User: whitesell          Page 1 of 1          Date Rcvd: May 27, 2011
                   Form ID: pdf013         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2011.
```
db           +Jesse Charles Lay,    500 Guy Walker Way,    Durham, NC 27703-3789
aty          +Angel R. Gordon,    Morris, Schneider, & Prior, LLC,    1587 Northeast Expressway,
               Atlanta, GA 30329-2401
             +BAC Home Loans Servicing,    Mail Stop: TX2-982-03-03,    7105 Corporate Drive,
               Plano, TX 75024-4100
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 29, 2011**          **Signature:** _Joseph Speetjens_

C-13-15(a) Motion
(Rev 10/06)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re: Jesse Charles Lay ) **Motion and Notice**
) **Chapter 13**
)
) No. B-10-80953 C13D
)
Debtor(s) )

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On October 19, 2010, the Debtor's Plan was confirmed. Bank of America has filed a claim in the amount of $283,653.46 secured by the Debtor's real property located at 500 Guy Walker Way, Durham, NC ("the real property"). Bank of America asserts ongoing monthly mortgage payments of $1,825.65 and arrearage through December of 2010 in the amount of $30,567.32.

The Standing Trustee respectfully recommends to the Court that an Order be entered as follows: 1) Bank of America shall be allowed a long-term continuing debt payable through the Trustee's office at the rate of $1,825.65 effective January of 2011; and 2) Bank of America shall be allowed a secured claim for arrearage through December of 2010 in the amount of $30,567.32 payable in equal monthly installments of $510.00.


Date: May 27, 2011 s/Richard M. Hutson, II
ltp Standing Trustee
------------------------------------------------------------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before June 27, 2011, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on July 14, 2011, at 11:00 a.m., at the following location:

*Courtroom,*
*Venable Center*
*Dibrell Building, Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date: May 27, 2011 OFFICE OF THE CLERK
U.S. Bankruptcy Court

Jesse C. Lay
500 Guy Walker Way
Durham, NC 27703

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702

BAC Home Loans Servicing
Mail Stop: TX2-982-03-03
7105 Corporate Drive
Plano, TX 75024

Angel R. Gordon, Esq.
1587 Northeast Expressway
Atlanta, GA 30329