C-13-15(a) Motion
(Rev 10/06)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re: Jesse Charles Lay ) **Motion and Notice**
 ) **Chapter 13**
 )
 ) No. B-10-80953 C-13D
 Debtor(s) )

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

CitiMortgage filed Trustee Claim No. 4 which was allowed as a secured long-term continuing debt. The Trustee has been notified by the creditor that after an escrow analysis for taxes and insurance, the monthly payment has been changed from $1,183.64 to $1,343.70 effective August, 2011.

The Standing Trustee respectfully recommends to the Court that an Order be entered amending the claim and providing a monthly payment to CitiMortgage of $1,343.70 effective August, 2011.

Date: June 14, 2011                                                                      s/Richard M. Hutson, II
    ltp                                                                                    Standing Trustee
--------------------------------------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before July 14, 2011, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on July 28, 2011, at 11:00 a.m., at the following location:

*Courtroom,*
*Venable Center*
*Dibrell Building, Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date: June 14, 2011                                                                      OFFICE OF THE CLERK
                                                                                          U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-10-80953 C-13D**

Jesse Charles Lay
500 Guy Walker Way
Durham, NC 27703

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
Post Office Box 3613
Durham, NC 27702

Citimortgage, Inc.
Post Office Box 660065
Dallas, TX 75266-0065