IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
CASE NO. 10-80953
CHAPTER 13

In Re:

JESSE CHARLES LAY,

          Debtor.

To the Clerk of the United States Bankruptcy Court:

## MOTION FOR SUBSTITUTION OF COUNSEL

**COMES NOW Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, L.P.,** (hereinafter "Movant"), and moves the Court to enter an Order granting Substitution of Counsel, Mark A. Baker in place of Angel R. Gordon.

**WHEREFORE, PREMISES CONSIDERED, Movant** requests that the court grant the motion.

REQUEST is further made by counsel that all Notices required to be given to parties in interest pursuant to Bankruptcy Rule 2002 be mailed to counsel.

DATED: August 26th, 2011

Respectfully submitted,

**Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, L.P.**

BY:

| | |
|---|---|
| **/S/** Mark A. Baker | **/S/** Angel R. Gordon |
| Mark A. Baker , Bar No. #32382 | Angel R. Gordon , Bar No. #24996 |
| Attorney for Bank of America | 327 Parkview Manor Drive |
| 1587 Northeast Expressway | Tucker, Ga 30084 |
| Atlanta, GA 30329 | |
| (770) 234-9181, Ext. 8861 | |
| Fax: (404) 329-8005 | |
| mabaker@jflegal.com | |

# CERTIFICATE OF SERVICE

       I, Mark A. Baker, Attorney at Law, Johnson & Freedman, LLC, 1587 Northeast Expressway, Atlanta, GA 30329, certify:

       That on the 26th day of August, 2011, I served on the respondent(s) in this matter a copy of the foregoing document by regular mail, with appropriate postage affixed, at the attached addresses, or via electronic transmission, pursuant to this Court's local rule and the Federal Rules of Bankruptcy Procedure:

## VIA REGULAR U.S. MAIL:

Jesse Charles Lay  
500 Guy Walker Way  
Durham, NC  27703  

Linda Williams-Lay  
500 Guy Walker Way  
Durham, NC  27703  

Richard M. Hutson, II  
Chapter 13 Trustee  
302 East Pettigrew St., Suite B-140  
P. O. Box 3613  
Durham, NC  27702-3613  

John T. Orcutt, Esq.  
Suite 203  
6616 Six Forks Road  
Raleigh, NC  27615  

This, the ___26th___ day of _____August____, 2011

BY: **/S/**  Mark A. Baker  
Mark A. Baker , Bar No. #32382  
Attorney for Bank of America  
1587 Northeast Expressway  
Atlanta, GA  30329  
(770) 234-9181, Ext. 8861  
Fax: (404) 329-8005  
mabaker@jflegal.com